UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
MANN, LESLIE                                    §          Case No. 11-10310
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                      .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                   and the deadline for filing governmental claims was                   . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $        [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Frances Gecker _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page: 1

Exhibit A

Case No:    11-10310    TAB    Judge: Timothy A. Barnes

Case Name:    MANN, LESLIE

For Period Ending:  05/09/14

Trustee Name:    Frances Gecker
Date Filed (f) or Converted (c):    03/12/11 (f)
341(a) Meeting Date:    04/27/11
Claims Bar Date:    02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT   Debtor Claimed Exemption | 2,700.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT   Debtor Claimed Exemption | 4,600.00 | 3,300.00 | | 3,250.00 | FA |
| 3. SAVINGS ACCOUNT | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 4. SAVINGS ACCOUNT | 400.00 | 450.00 | | 450.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. WEARING APPAREL   Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 10.00 | 10.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES, TRUCKS, TRAILERS | 575.00 | 575.00 | | 0.00 | FA |
| 11. AUTOMOBILES, TRUCKS, TRAILERS | 775.00 | 775.00 | | 0.00 | FA |
| 12. AUTOMOBILES, TRUCKS, TRAILERS | 4,725.00 | 2,325.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

Exhibit A

Case No:       11-10310      TAB   Judge: Timothy A. Barnes
Case Name:     MANN, LESLIE

Trustee Name:                          Frances Gecker
Date Filed (f) or Converted (c):       03/12/11 (f)
341(a) Meeting Date:                   04/27/11
Claims Bar Date:                       02/29/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. MACHINERY AND SUPPLIES  Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 14. ANIMALS | 200.00 | 200.00 | | 0.00 | FA |
| 15. INTEREST IN IRA  Debtor Claimed Exemption | 6,000.00 | 0.00 | | 0.00 | FA |
| 16. INTEREST IN IRA  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 17. INTEREST IN POLICE PENSION  Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $26,285.00          $12,635.00          $7,700.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS COMPLETED COLLECTION ON A SETTLEMENT AGREEMENT AND WILL BE PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/01/12          Current Projected Date of Final Report (TFR): 06/01/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    3

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-10310    TAB   Judge: Timothy A. Barnes | Trustee Name:    Frances Gecker |
| Case Name: | MANN, LESLIE | Date Filed (f) or Converted (c):   03/12/11 (f) |
| | | 341(a) Meeting Date:    04/27/11 |
| | | Claims Bar Date:    02/29/12 |

/s/    Frances Gecker

_____  Date: _____

FRANCES GECKER

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 11-10310 -TAB |
| Case Name: | MANN, LESLIE |
| Taxpayer ID No: | *******9937 |
| For Period Ending: | 05/09/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5387  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/12 | 3, 4 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | BANK ACCOUNT | 1129-000 | 650.00 | | 650.00 |
| 03/13/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 975.00 |
| 04/09/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,300.00 |
| 05/09/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,625.00 |
| 06/06/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,950.00 |
| 07/09/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,275.00 |
| 08/03/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,600.00 |

Page Subtotals          2,600.00          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 17.05d

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-10310 -TAB |
| Case Name: | MANN, LESLIE |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5387  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******9937 |
| For Period Ending: | 05/09/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,925.00 |
| 10/10/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,250.00 |
| 11/07/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,575.00 |
| 12/17/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,900.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 3,900.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,900.00 | 3,900.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,900.00 | |
| Subtotal | 3,900.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,900.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 1,300.00 | 3,900.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No: 11-10310 -TAB
Case Name: MANN, LESLIE

Trustee Name: Frances Gecker
Bank Name: Bank of New York Mellon
Account Number / CD #: *******7182 GENERAL CHECKING

Taxpayer ID No: *******9937
For Period Ending: 05/09/14

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | 3 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 325.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,900.00 | | 4,225.00 |
| 03/04/13 | 2, 3 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 4,550.00 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 3.43 | 4,546.57 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 6.57 | 4,540.00 |
| 03/15/13 | 2 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 4,865.00 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,855.00 |
| 04/16/13 | 2 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,180.00 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,170.00 |
| 05/29/13 | 2 | LESLIE E. MANN | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,495.00 |

Page Subtotals 5,525.00 30.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 11-10310 -TAB |
| Case Name: | MANN, LESLIE |

| Taxpayer ID No: | *******9937 |
| For Period Ending: | 05/09/14 |

| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7182  GENERAL CHECKING |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6620 N. KEOTA AVE. CHICAGO, IL 60646 | | | | | |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,485.00 |
| 07/01/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,810.00 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,800.00 |
| 07/16/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,125.00 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,115.00 |
| 08/13/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,440.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,430.00 |
| 09/12/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,755.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,745.00 |

Page Subtotals    1,300.00    50.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 17.05d

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 11-10310 -TAB | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7182 GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | |
| For Period Ending: | 05/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 7,070.00 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.03 | 7,059.97 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.08 | 7,049.89 |
| 12/09/13 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 7,374.89 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,364.08 |
| 01/23/14 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL 60646 | SAVINGS ACCOUNT | 1129-000 | 225.00 | | 7,589.08 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,700.00 | 110.92 | 7,589.08 |
| Less: Bank Transfers/CD's | 3,900.00 | 0.00 | |
| Subtotal | 3,800.00 | 110.92 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,800.00 | 110.92 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******5387 | 3,900.00 | 0.00 | 0.00 |
| GENERAL CHECKING - *******7182 | 3,800.00 | 110.92 | 7,589.08 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,700.00 | 110.92 | 7,589.08 |

Page Subtotals 875.00 30.92

Ver: 17.05d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    6

Exhibit B

| Case No: | 11-10310  -TAB | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7182  GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | |
| For Period Ending: | 05/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/      Frances Gecker

Trustee's Signature: _____    Date: 05/08/14
         FRANCES GECKER

| | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Ver: 17.05d

LFORM24

| | | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|---|

Page 1                                    ANALYSIS OF CLAIMS REGISTER                                    Date: May 14, 2014

Case Number:   11-10310                          Claim Class Sequence
Debtor Name:   MANN, LESLIE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $3,492.50 | $0.00 | $3,492.50 |
| 000001<br>070<br>7100-00 | CANDICA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $3,222.33 | $0.00 | $3,222.33 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $9,045.88 | $0.00 | $9,045.88 |
| 000003<br>070<br>7100-00 | Asset Acceptance, LLC<br>assignee GEMB/Care Credit<br>Po Box 2036<br>Warren MI 48090 | Unsecured | | $9,950.58 | $0.00 | $9,950.58 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>Bank of America, N.A<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $18,484.05 | $0.00 | $18,484.05 |
| 000005<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $11,667.50 | $0.00 | $11,667.50 |
| 000006<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,249.91 | $0.00 | $6,249.91 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $195.49 | $0.00 | $195.49 |
| 000008<br>070<br>7100-00 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $646.59 | $0.00 | $646.59 |
| 000009<br>080<br>7200-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $2,807.97 | $0.00 | $2,807.97 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 14, 2014 |

Case Number:   11-10310                                  Claim Class Sequence
Debtor Name:   MANN, LESLIE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $65,762.80 | $0.00 | $65,762.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10310
Case Name: MANN, LESLIE
Trustee Name: Frances Gecker

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CANDICA, LLC | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | Asset Acceptance, LLC | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Midland Funding LLC | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | American Express Centurion Bank | $ | $ | $ |
| 000008 | PYOD LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

Remaining Balance                                                $_____

Tardily filed claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|--------------------------|------------------|
| 000009 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to tardy general unsecured creditors       $_____

Remaining Balance                                           $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE