IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-10310 |
| | ) | |
| LESLIE MANN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | **Hearing Date:** June 18, 2014 |
| | ) | **Hearing Time:** 10:30 a.m. |
| | ) | **Room No.:** 613 |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

| | |
|---|---|
| Name of Applicant: | FrankGecker, LLP |
| Authorized to Provide Professional Services to: | Frances F. Gecker, Chapter 7 Trustee of the Estate of Leslie Mann |
| Period for Which Compensation is Sought: | June 22, 2011 through May 15, 2014 |
| Amount of Fees Sought: | $ 3,492.50 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

{MANNLESL/001/00038508.DOC/}

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-10310 |
| | ) | |
| LESLIE MANN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | **Hearing Date: June 18, 2014** |
| | ) | **Hearing Time: 10:30 a.m.** |
| | ) | **Room No.: 613** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **June 18, 2014**, at **10:30 a.m.**, we shall appear before the Honorable Timothy A. Barnes, or such other judge as may be sitting in his stead, in Courtroom 613 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of LESLIE MANN, for Compensation and Reimbursement of Expenses.**

Dated: May 19, 2014

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
LESLIE MANN

By: /s/ Zane L. Zielinski
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-10310 |
| | ) | |
| LESLIE MANN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

## FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF LESLIE MANN FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of Leslie Mann, (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $3,492.50 for legal services performed as counsel to the Trustee during the period of June 22, 2011 through and including May 15, 2014 (the "Application Period") and reimbursement of expenses totaling $0.00 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

### INTRODUCTION

1. On March 12, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee of the Case.

3. The Trustee chose FrankGecker LLP ("FG") as her counsel in the Case and on January 24, 2012, this Court entered an order authorizing the Trustee to retain FG and Mr. Zielinski as her counsel retroactive to June 22, 2011.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The continued Section 341 meeting of creditors was held on June 22, 2011 (the "341 Meeting").

6. The assets of this estate included a savings account with a balance of $11,700.00 as of the Petition Date with a claimed exemption of $4,000.

7. FG filed a turnover motion for the non-exempt portion of $7,700 (the "Funds").

8. The Court approved the turnover motion and the Trustee collected monthly payments from Debtor over a course of two years.

9. This Application seeks allowance of all fees and expenses incurred by FG from June 22, 2011 through and including May 15, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

I. **SERVICES PERFORMED**

A. **Administration**                                                      **$1,785.00**

FG spent **5.40** hours at a cost of **$1,785.00** on issues relating to the administration of the bankruptcy case including correspondence with the Debtor's attorney requesting documentation

and information on the Debtor's bank accounts and finances as well as objecting to Debtor's motion to convert her Chapter 7 case to a Chapter 13 case.

**B.     Retention/Fee Applications of Professionals                    $262.50**

FG spent **.90** hours at a cost of **$262.50** on issues relating to drafting, filing and appearing in court on Trustee's motion to employ counsel and FG's first and final fee application.

**C.     Turnover Litigation                                            $1,445.00**

FG spent **4.80** hours at a cost of **$1,445.00** on issues relating to drafting, filing and appearing in court on Trustee's motion for turnover; reviewing bank records and negotiating a payment plan with Debtor's counsel.

## II.    ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

William G. Cross (WC) was an associate at FrankGecker LLP. Mr. Cross is a 2009 graduate of Loyola University Chicago School of Law. Mr. Cross specializes in bankruptcy law and has represented trustees and creditors in bankruptcy cases.

Christina S. Smith (CSS) is a bankruptcy paralegal at FrankGecker. Ms. Smith assisted counsel in case research and case administration.

III.   **CALCULATION OF TIME AND FEES**

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from June 22, 20111 through and including May 15, 2014. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the Case and were rendered for the benefit of the Trustee and the Debtor's estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this Case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **11.10** hours providing necessary legal services for the Trustee. As a result, compensation in the amount of **$3,492.50** for actual, necessary legal services performed (Exhibit A). The average hourly rate is **$314.64**.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FrankGecker LLP on each of its clients. The hourly rates charged are at a reduced rate in order to allow a distribution to the secured claimant in this Case. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used three categories. Most of these categories are substantive. The time entries cover all work performed

{MANNLESL/001/00038508.DOC/}                       4

by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.   Allowing FrankGecker LLP compensation for actual, necessary legal services in the amount of $3,492.50; and

B.   Authorizing the Trustee to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $3,492.50.

Dated: May 15, 2014.

Respectfully submitted,

FRANCES GECKER, not individually but as Chapter 7 Trustee of the bankruptcy estate of LESLIE MANN

By:   /s/    Zane L. Zielinski
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com