**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
MANN, LESLIE § Case No. 11-10310
 § 
Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/18/2014 in Courtroom 613,
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/19/2014      By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
  §
MANN, LESLIE  §  Case No. 11-10310
  §
  Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,700.00 |
| and approved disbursements of | $ | 110.92 |
| leaving a balance on hand of[1] | $ | 7,589.08 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,520.00 | $ 0.00 | $ 1,520.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 3,492.50 | $ 0.00 | $ 3,492.50 |

Total to be paid for chapter 7 administrative expenses      $      5,012.50
Remaining Balance                                            $      2,576.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,462.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CANDICA, LLC | $ 3,222.33 | $ 0.00 | $ 139.63 |
| 000002 | Discover Bank | $ 9,045.88 | $ 0.00 | $ 391.97 |
| 000003 | Asset Acceptance, LLC | $ 9,950.58 | $ 0.00 | $ 431.17 |
| 000004 | FIA CARD SERVICES, N.A. | $ 18,484.05 | $ 0.00 | $ 800.94 |
| 000005 | Midland Funding LLC | $ 11,667.50 | $ 0.00 | $ 505.57 |
| 000006 | American Express Centurion Bank | $ 6,249.91 | $ 0.00 | $ 270.82 |
| 000007 | American Express Centurion Bank | $ 195.49 | $ 0.00 | $ 8.47 |
| 000008 | PYOD LLC | $ 646.59 | $ 0.00 | $ 28.01 |

Total to be paid to timely general unsecured creditors     $       2,576.58

Remaining Balance     $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,807.97  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | eCAST Settlement Corporation | $ 2,807.97 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Leslie Mann  
    Debtor

Case No. 11-10310-TAB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: May 23, 2014  
                                 Form ID: pdf006     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2014.

```
db          #+Leslie Mann,    5310 N Lockwood,    Chicago, IL 60630-1410
aty          +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
16950206     +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
18399692      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18352957    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA CARD SERVICES, N.A.,    Bank of America, N.A,    PO Box 15102,
               Wilmington, DE 19886-5102)
16950208    #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16950209     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
16950211     +Bob's Auto Sales,    2901 N Cicero,    Chicago, IL 60641-5131
16950210     +Bob's Auto Sales,    2901 North Cicero,    Chicago, IL 60641-5131
16950222    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
21241318     +Capital One, N.A.(Best Buy Co., Inc.),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
16950215     +Grants Appl,    Po Box 94498,    Las Vegas, NV 89193-4498
16950216     +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
16950217     +Indymac Bank,    Attn:Bankruptcy,    Po Box 4045,    Kalamazoo, MI 49003-4045
19927507      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
16950221     +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
16950223    #+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
16950224     +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
21899645     +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16950207     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 24 2014 00:17:20     Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
18293758     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 24 2014 00:17:20     Asset Acceptance, LLC,
               assignee GEMB/Care Credit,    Po Box 2036,    Warren MI 48090-2036
18116599     +E-mail/Text: bncmail@w-legal.com May 24 2014 00:17:42     CANDICA, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21241318     +E-mail/Text: bnc@bass-associates.com May 24 2014 00:16:17
               Capital One, N.A.(Best Buy Co., Inc.),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18353521      E-mail/PDF: rmscedi@recoverycorp.com May 24 2014 00:20:07     Capital Recovery III LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16950212     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2014 00:22:12     Carecr/gemb,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
18204756      E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2014 00:22:07     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
16950214     +E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2014 00:22:07     Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
16950219     +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2014 00:22:00     Lvnv Funding Llc,
               P.o. B   10584,    Greenville, SC 29603-0584
18465718     +E-mail/PDF: resurgentbknotifications@resurgent.com May 24 2014 00:20:46     PYOD LLC,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19927508      E-mail/PDF: rmscedi@recoverycorp.com May 24 2014 00:22:09
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
21899645     +E-mail/Text: bnc@bass-associates.com May 24 2014 00:16:17     eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Frank/Gecker LLP
16950205        Amalgamated Bk Chicago
16950213        City of Chicago
16950218        IRS
16950220        Peoples Gas,    Must call local office or 877-832-6747
18419064*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: May 23, 2014
                              Form ID: pdf006             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2014 at the address(es) listed below:

```
          Eliot  Jessop    on behalf of Debtor Leslie  Mann eliotjessop@jessoplaw.com,  lsarathylaw@gmail.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Laxmi P Sarathy    on behalf of Debtor Leslie  Mann lsarathylaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of Plaintiff Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 7
```