# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
MANN, LESLIE                              §        Case No. 11-10310
                                          §
                    Debtor(s)             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| FRANKGECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMALGAMATED BK CHICAGO | | | | | |
| | CARECR/GEMB | | | | | |
| | GRANTS APPL. | | | | | |
| | INDYMAC BANK | | | | | |
| | LVNV FUNDING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PEOPLES GAS | | | | | |
| | SHELL OIL/CITIBANK | | | | | |
| | THE BUREAUS INC. | | | | | |
| | UNIFUND | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | ASSET ACCEPTANCE, LLC | | | | | |
| 000001 | CANDICA, LLC | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| 000008 | PYOD LLC | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-10310 | TAB | Judge: Timothy A. Barnes |
|---|---|---|---|
| Case Name: | MANN, LESLIE | | |

For Period Ending: 07/09/14

| Trustee Name: | Frances Gecker |
|---|---|
| Date Filed (f) or Converted (c): | 03/12/11 (f) |
| 341(a) Meeting Date: | 04/27/11 |
| Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT Debtor Claimed Exemption | 2,700.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT Debtor Claimed Exemption | 4,600.00 | 3,300.00 | | 3,250.00 | FA |
| 3. SAVINGS ACCOUNT | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 4. SAVINGS ACCOUNT | 400.00 | 450.00 | | 450.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. WEARING APPAREL Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 10.00 | 10.00 | | 0.00 | FA |
| 8. FIREARMS AND HOBBY EQUIPMENT | 0.00 | 0.00 | | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES, TRUCKS, TRAILERS | 575.00 | 575.00 | | 0.00 | FA |
| 11. AUTOMOBILES, TRUCKS, TRAILERS | 775.00 | 775.00 | | 0.00 | FA |
| 12. AUTOMOBILES, TRUCKS, TRAILERS | 4,725.00 | 2,325.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.00a

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

**Exhibit 8**

| | |
|---|---|
| Case No: | 11-10310   TAB   Judge: Timothy A. Barnes |
| Case Name: | MANN, LESLIE |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 03/12/11 (f) |
| 341(a) Meeting Date: | 04/27/11 |
| Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 13. MACHINERY AND SUPPLIES<br>   Debtor Claimed Exemption | 800.00 | 0.00 | | 0.00 | FA |
| 14. ANIMALS | 200.00 | 200.00 | | 0.00 | FA |
| 15. INTEREST IN IRA<br>   Debtor Claimed Exemption | 6,000.00 | 0.00 | | 0.00 | FA |
| 16. INTEREST IN IRA<br>   Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |
| 17. INTEREST IN POLICE PENSION<br>   Debtor Claimed Exemption | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $26,285.00 | $12,635.00 | $7,700.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 12/01/12      Current Projected Date of Final Report (TFR): 06/01/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 11-10310    TAB    Judge: Timothy A. Barnes | | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | | Date Filed (f) or Converted (c): | 03/12/11 (f) |
| | | | 341(a) Meeting Date: | 04/27/11 |
| | | | Claims Bar Date: | 02/29/12 |

/s/    Frances Gecker

_____ Date: _____

FRANCES GECKER

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 18.00a

FORM 2                                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 11-10310 -TAB | | | Trustee Name: | Frances Gecker | |
|---|---|---|---|---|---|---|
| Case Name: | MANN, LESLIE | | | Bank Name: | Congressional Bank | |
| | | | | Account Number / CD #: | *******5387  GENERAL CHECKING | |
| Taxpayer ID No: | *******9937 | | | | | |
| For Period Ending: | 07/09/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/12 | 3, 4 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | BANK ACCOUNT | 1129-000 | 650.00 | | 650.00 |
| 03/13/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 975.00 |
| 04/09/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,300.00 |
| 05/09/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,625.00 |
| 06/06/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 1,950.00 |
| 07/09/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,275.00 |
| 08/03/12 | 3 | Leslie E. Mann<br>6359 N. Neva Ave.<br>Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,600.00 |

Page Subtotals                                        2,600.00              0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-10310 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5387  GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | | |
| For Period Ending: | 07/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/10/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 2,925.00 |
| 10/10/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,250.00 |
| 11/07/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,575.00 |
| 12/17/12 | 3 | Leslie E. Mann 6359 N. Neva Ave. Chicago, IL  60631 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 3,900.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 3,900.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,900.00 | 3,900.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,900.00 | |
| Subtotal | 3,900.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,900.00 | 0.00 | |

Page Subtotals          1,300.00          3,900.00

Ver: 18.00a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-10310 -TAB | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | Bank Name: | Bank of New York Mellon |
| | | Account Number / CD #: | *******7182  GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | |
| For Period Ending: | 07/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | 3 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 325.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,900.00 | | 4,225.00 |
| 03/04/13 | 2, 3 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 4,550.00 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 3.43 | 4,546.57 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 6.57 | 4,540.00 |
| 03/15/13 | 2 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 4,865.00 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,855.00 |
| 04/16/13 | 2 | LESLIE E. MANN 6620 N. KEOTA AVE. CHICAGO, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,180.00 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,170.00 |
| 05/29/13 | 2 | LESLIE E. MANN | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,495.00 |

|  | Page Subtotals | 5,525.00 | 30.00 | |

Ver: 18.00a

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10310 -TAB | | Trustee Name: | Frances Gecker |
| Case Name: | MANN, LESLIE | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7182  GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | | |
| For Period Ending: | 07/09/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6620 N. KEOTA AVE. CHICAGO, IL  60646 | | | | | |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,485.00 |
| 07/01/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 5,810.00 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,800.00 |
| 07/16/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,125.00 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,115.00 |
| 08/13/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,440.00 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,430.00 |
| 09/12/13 | 2 | Leslie E. Mann 6620 N. Keota Ave Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 6,755.00 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,745.00 |

Page Subtotals            1,300.00            50.00

Ver: 18.00a

FORM 2   Page:   5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10310 -TAB |
| Case Name: | MANN, LESLIE |

| Taxpayer ID No: | *******9937 |
| For Period Ending: | 07/09/14 |

| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7182  GENERAL CHECKING |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 7,070.00 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.03 | 7,059.97 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.08 | 7,049.89 |
| 12/09/13 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 325.00 | | 7,374.89 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.81 | 7,364.08 |
| 01/23/14 | 2 | Leslie E. Mann<br>6620 N. Keota Ave<br>Chicago, IL  60646 | SAVINGS ACCOUNT | 1129-000 | 225.00 | | 7,589.08 |
| 06/19/14 | 010000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 | | 1,520.00 | 6,069.08 |
| 06/19/14 | 010001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,492.50 | 2,576.58 |
| 06/19/14 | 010002 | CANDICA, LLC | Claim 000001, Payment 4.33% | 7100-000 | | 139.63 | 2,436.95 |

Page Subtotals   875.00   5,183.05

Ver: 18.00a

FORM 2                                                                                     Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                               Exhibit 9

| | |
|---|---|
| Case No: 11-10310 -TAB | Trustee Name: Frances Gecker |
| Case Name: MANN, LESLIE | Bank Name: Bank of New York Mellon |
| | Account Number / CD #: *******7182 GENERAL CHECKING |
| Taxpayer ID No: *******9937 | |
| For Period Ending: 07/09/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | | | | | |
| 06/19/14 | 010003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | Claim 000002, Payment 4.33% | 7100-000 | | 391.97 | 2,044.98 |
| 06/19/14 | 010004 | Asset Acceptance, LLC assignee GEMB/Care Credit Po Box 2036 Warren MI 48090 | Claim 000003, Payment 4.33% | 7100-000 | | 431.17 | 1,613.81 |
| 06/19/14 | 010005 | FIA CARD SERVICES, N.A. Bank of America, N.A PO Box 15102 Wilmington, DE 19886-5102 | Claim 000004, Payment 4.33% | 7100-000 | | 800.94 | 812.87 |
| 06/19/14 | 010006 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Claim 000005, Payment 4.33% | 7100-000 | | 505.57 | 307.30 |
| 06/19/14 | 010007 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 4.33% | 7100-000 | | 270.82 | 36.48 |

Page Subtotals           0.00        2,400.47

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-10310 -TAB | | | Trustee Name: | | Frances Gecker |
| Case Name: | MANN, LESLIE | | | Bank Name: | | Bank of New York Mellon |
| | | | | Account Number / CD #: | | *******7182  GENERAL CHECKING |
| Taxpayer ID No: | *******9937 | | | | | |
| For Period Ending: | 07/09/14 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/19/14 | 010008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 4.33% | 7100-000 | | 8.47 | 28.01 |
| 06/19/14 | 010009 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 4.33% | 7100-000 | | 28.01 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,700.00 | 7,700.00 | 0.00 |
| Less:  Bank Transfers/CD's | 3,900.00 | 0.00 | |
| Subtotal | 3,800.00 | 7,700.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,800.00 | 7,700.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - *******5387 | 3,900.00 | 0.00 | 0.00 |
| GENERAL CHECKING - ********7182 | 3,800.00 | 7,700.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,700.00 | 7,700.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Page Subtotals          0.00          36.48

Ver: 18.00a

FORM 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-10310 -TAB | |
| Case Name: | MANN, LESLIE | |
| | | |
| Taxpayer ID No: | *******9937 | |
| For Period Ending: | 07/09/14 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7182  GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: ___/s/___ Frances Gecker_____    Date: 07/09/14
                                        FRANCES GECKER

Page Subtotals        0.00            0.00

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*